ELLEN C. OSBORN, Appellant and Respondent, *v.* HOWARD J. M. CARDEZA et al., Respondents and Appellants.

*Osborn* v. *Cardeza*, 144 App. Div. 904, modified.
(Argued October 18, 1915; decided November 16, 1915.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 17, 1913, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee, in an action for an accounting, so as to provide that the referee's fees and the entire amount of the stenographer's fees upon the accounting as fixed by the court at Special Term shall be paid by defendants out of the funds found to be in their hands as accounting trustees, and by providing that neither party to this action shall recover the costs of the action as against the other.

*Maxwell C. Katz* and *William P. Pickett* for plaintiff, appellant and respondent.

*William G. Cooke* for defendants, respondents and appellants.

Judgment modified so as to leave the judgment of the Special Term undisturbed as to costs incurred up to and including the rendition of the interlocutory judgment, and as so modified affirmed, with costs to the plaintiff in this court, and case remitted to the Supreme Court to

enter judgment on the taxation of costs in accordance with this decision; no opinion.

Concur: HISCOCK, COLLIN, HOGAN, CARDOZO, SEABURY and POUND, JJ. Not sitting: WILLARD BARTLETT, Ch. J.